Westley U. Villanueva, Esq.
**PATENAUDE & FELIX, A.P.C.**
Nevada Bar No.: 008708
7271 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89117


Attorneys for Defendant
**PATENAUDE & FELIX, APC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **SUSAN SHELD, ELLEN SHELD**<br><br>    Plaintiffs,<br>v.<br><br>**NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, PATENAUDE & FELIX, A.P.C. a California corporation, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, a foreign entity, DOES I-V inclusive, and ROE Corporations VI-X, inclusive**<br><br>    Defendants. | Case No.:  2:15-CV-1140-JAD-VCF<br><br>**DEFENDANT PATENAUDE & FELIX, A.P.C.'S CERTIFICATE OF INTERESTED PARTIES** |

## **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

PATENAUDE & FELIX, Defendant in the above entitled action, by and through counsel, WESTLEY U. VILLANUEVA, ESQ., herby and pursuant to L-R 7.1-1, files its Certificate of Interested Parties as follows:

There are no known interested parties other than those participating in this case.

Dated: November 18, 2015

                                    Patenaude & Felix APC

                              By  /s/ Westley U. Villanueva
                                  Westley U. Villanueva, Esq.
                                  Attorney for Defendant
                                  PATENAUDE & FELIX, APC