1 | **SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
2 | **LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Parkway, Suite 200
3 | Las Vegas, Nevada  89169
Telephone:     702.257.1997
4 | Facsimile:     702.257.2203
ssplaine@lgclawoffice.com
5 |
Attorneys for Defendants,
6 | National Collegiate Trust 2007-1 and
NCO Financial Systems, Inc.
7 |

8 |                     UNITED STATES DISTRICT COURT

9 |                          DISTRICT OF NEVADA

10 |

| | |
|---|---|
| SUSAN SHELD and ELLEN SHELD | Case No.: 2:15-cv-1140 |
| Plaintiffs, | |
| vs. | **DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, PATENAUDE & FELIX, A.P.C. a California corporation, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, a foreign entity, DOES I-V inclusive, and ROE Corporations VI-X inclusive | |
| Defendants. | |

        NOW INTO COURT, through undersigned counsel, comes, NCO Financial Systems, Inc., which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

        1.      Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

        2.      NCO Financial Systems, Inc., a Pennsylvania corporation, is wholly owned by Compass International Services Corporation, a Delaware corporation. Compass International Services Corporation is wholly owned by Expert Global Solutions, Inc. f/k/a NCO Group, Inc., a Delaware corporation. All of the aforementioned corporations are ultimately wholly owned by EGS Holdings,

-1-

Inc., a Delaware corporation.  One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 95% of EGS Holdings, Inc.

DATED this 19th day of November, 2015.

LINCOLN, GUSTAFSON & CERCOS, LLP

SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada  89169-5968
Attorneys for Defendants,
National Collegiate Trust 2007-1 and
NCO Financial Systems, Inc.

## PROOF OF ELECTRONIC SERVICE

I hereby certify that on this 19th day of November, 2015, I caused a true copy of **DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT** to be e-filed and e-served through the Official Court Electronic Filing System – CM/ECF to all other counsel of record as follows:

Craig B. Friedberg, Esq.
Law Offices of Craig B. Friedberg
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121

Westley Villanueva
Patenaude & Felix, APC
7271 W. Charleston Blvd, Suite 100
Las Vegas, NV 89117

Staci D. Ibarra, an employee
of THE LAW OFFICES OF
LINCOLN, GUSTAFSON & CERCOS, LLP