SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:    702.257.1997
Facsimile:     702.257.2203
ssplaine@lgclawoffice.com

Attorneys for Defendants,
National Collegiate Trust 2007-1 and
NCO Financial Systems, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN SHELD and ELLEN SHELD<br><br>Plaintiffs,<br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, PATENAUDE & FELIX, A.P.C. a California corporation, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, a foreign entity, DOES I-V inclusive, and ROE Corporations VI-X inclusive<br><br>Defendants. | Case No.: 2:15-cv-1140<br><br>**DEFENDANT NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1'S CORPORATE DISCLOSURE STATEMENT** |

NOW INTO COURT, through undersigned counsel, comes defendant National Collegiate Student Loan Trust 2007-1, which pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.     Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

///

///

///

///

-1-

Here:
2. Defendant, National Collegiate Student Loan Trust 2007-1 is a Delaware business trust, therefore there are no entities to report under this rule as owning 10% or more of an equity interest in Defendant, National Collegiate Student Loan Trust 2007-1.

DATED this 19th day of November, 2015.

LINCOLN, GUSTAFSON & CERCOS, LLP

*/s/ Shannon Splaine*
SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169-5968
Attorneys for Defendants,
National Collegiate Trust 2007-1 and
NCO Financial Systems, Inc.

**PROOF OF ELECTRONIC SERVICE**

I hereby certify that on this 19th day of November, 2015, I caused a true copy of **DEFENDANT NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1'S CORPORATE DISCLOSURE STATEMENT** to be e-filed and e-served through the Official Court Electronic Filing System – CM/ECF to all other counsel of record as follows:

Craig B. Friedberg, Esq.
Law Offices of Craig B. Friedberg
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121

Westley Villanueva
Patenaude & Felix, APC
7271 W. Charleston Blvd, Suite 100
Las Vegas, NV 89117

Staci D. Ibarra, an employee
of THE LAW OFFICES OF
LINCOLN, GUSTAFSON & CERCOS, LLP