# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SUSAN SHELD, *et al.*, <br><br>    Plaintiffs, <br><br> vs. <br><br> NCO FINANCIAL SYSTEMS, INC., *et al.*, <br><br>    Defendants. | 2:15-cv-01140-JCM-VCF <br> **ORDER** |

Before the Court is Defendants Motion to Reconsider Opposition to Motion to Substitute Wendy Sheld-Walker for Deceased Plaintiff Ellen Sheld Pursuant to FRCP 25(A)(1) (ECF No. 36).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendants Motion to Reconsider Opposition to Motion to Substitute Wendy Sheld-Walker for Deceased Plaintiff Ellen Sheld Pursuant to FRCP 25(A)(1) (ECF No. 36) is scheduled for 1:00 PM, August 9, 2017, in Courtroom 3D.

DATED this 31st day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE