# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUSAN SHELD, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-01140-JCM-VCF<br>**ORDER** |

The court has been informed that the parties have reached a settlement. (ECF No. 40). Plaintiff has filed a Notice of Withdrawal of Motion to Reconsider (ECF No. 41).

Accordingly,

IT IS HEREBY ORDERED that the hearing, on Defendants Motion to Reconsider Opposition to Motion to Substitute Wendy Sheld-Walker for Deceased Plaintiff Ellen Sheld Pursuant to FRCP 25(A)(1) (ECF No. 36) scheduled for 1:00 PM, August 9, 2017, is vacated.

IT IS FURTHER ORDERED that the parties must file a status report or proposed stipulation and order for dismissal on or before October 12, 2017.

The Clerk of Court is directed to strike the Motion to Reconsider (ECF No. 36).

DATED this 9th day of August, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE