# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SUSAN SHELD,

        Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC., *et al.*,

        Defendants.

2:15-cv-1140-JCM-VCF

**ORDER**

      Before the Court is *Susan Sheld v. NCO Financial Systems, Inc.*, case number 2:15-cv-1140-JCM-VCF. The parties were ordered to file a status report or a proposed stipulation and order for dismissal on or before October 12, 2017. (ECF No. 42). No status report or proposed stipulation and order for dismissal has been filed.

      Accordingly,

      IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 PM, October 25, 2017, in Courtroom 3D.

      DATED this 17th day of October, 2017.

                                                               CAM FERENBACH
                                                            UNITED STATES MAGISTRATE JUDGE