Shannon G. Splaine, Esq.
LINCOLN, GUSTAFSON & CERCOS, LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada  89169
Telephone:   702.257.1997
Facsimile:    702.257.2203 Fax
ssplaine@lgclawoffice.com

Attorneys for Defendants,
National Collegiate Trust 2007-1 and
NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN SHELD and<br>WENDY SHELD-WALKER<br><br>Plaintiffs,<br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>a Pennsylvania corporation,<br>PATENAUDE & FELIX, A.P.C. a<br>California corporation, NATIONAL<br>COLLEGIATE STUDENT LOAN<br>TRUST 2007-1, a foreign entity,<br>DOES I-V inclusive, and ROE<br>Corporations VI-X inclusive<br><br>Defendants. | Case No.: 2:15-cv-1140 JCM-VCF<br><br>STIPULATION TO DISMISS |

Plaintiffs Susan Sheld and Wendy Sheld-Walker and Defendants, Patenaude & Felix, A.P.C, National Collegiate Student Loan Trust 2007-1 and NCO Financial Systems, Inc. through their designated counsel of record, hereby stipulate and agree

that the above-captioned action be dismissed without prejudice pursuant to FRCP 41(a)(1), each party to bear their own attorney's fees and costs.

Dated: 12/11/17        LAW OFFICES OF CRAG B. FRIEDBERG

                                              */s/Craig B. Friedberg*
                                              Craig B. Friedberg
                                              Attorney for Plaintiffs
                                              Susan Sheld and Wendy Sheld-Walker

Dated: 12/11/17        PATENAUDE & FELIX, APC

                                              */s/Westly Villanueva*
                                              Westly Villanueva
                                              Attorney for Patenaude & Felix, APC

Dated: 12/11/17        LINCOLN, GUSTAFSON & CERCOS, LLP

                                              */s/Shannon Splaine*
                                              Shannon Splaine
                                              Attorney for National Collegiate Student Loan Trust 2007-1 and NCO Financial Systems, Inc.

IT IS SO ORDERED December 13, 2017.

                                              _____
                                              James C. Mahan